IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KING OF SWEETS ONLINE, INC.,

    Plaintiff,

v.

KERVAN USA, LLC,

    Defendant.

Civil Action No. 23-605-RGA

## JUDGMENT

For reasons set forth in the Court's Memorandum Opinion and Order dated April 30, 2025 (D.I. 62; D.I. 63);

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendant Kervan USA, LLC and against Plaintiff King of Sweets Online, Inc.

_____
United States District Judge

_____
(By) Deputy Clerk

Dated: May 2, 2025